425 F. Supp.2d 1320

NANCY EBERT, Plaintiff, v. UNITED STATES SECRETARY OF AGRICULTURE, Defendant.

Court No. 05–00297

### ORDER AND JUDGMENT

POGUE, Judge: On January 17, 2006, this court issued an Order to Show Cause why the captioned case should not be dismissed for want of prosecution. The court established February 10, 2006 as the deadline for Plaintiff to establish such good cause for why this action should not be dismissed. Having received no showing of good cause by the Plaintiff, it is hereby

ORDERED that Plaintiff's complaint be, and hereby is, dismissed with prejudice.